963 A.2d 815

IN THE MATTER OF ROY R. MACALUSO, AN ATTORNEY AT LAW, (ATTORNEY NO. 043851987).

January 20, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–387, concluding that **ROY R. MACALUSO** of **PASSAIC,** who was admitted to the bar of this State in 1987, should be censured for violating *RPC* 5.3(a) (failure of law firm to adopt and maintain reasonable efforts to ensure that the conduct of nonlawyer employees is compatible with the lawyer's professional obligations), *RPC* 5.4(a) (sharing legal fees with a nonlawyer), *RPC* 7.3(d) (compensating or giving something of value to a person to recommend the lawyer's employment by a client or as a reward for having made a recommendation resulting in the lawyer's employment by a client), and *RPC* 8.3(a) (failing to inform disciplinary authorities of another lawyer's violation of the *Rules of Professional Conduct* that raises a substantial question as to

that lawyer's honesty, trustworthiness, or fitness as a lawyer), and good cause appearing;

It is ORDERED that **ROY R. MACALUSO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.